

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
www.flmd.uscourts.gov

## MEMORANDUM

UNITED STATES OF AMERICA

-vs-                                                                Case No. 2:06-m-1024DNF

GILBERT HUGH THOMAS

---

DATE:          February 15, 2006

        Your Case No.:     06-029-02

TO:            United States District Court
               District of Columbia
               E. Barrett Prettyman United States Courthouse
               333 Constitution Ave., N.W.
               Washington, DC 20001-2802

FROM:          Bette-Jo Herren, Courtroom Deputy for
               Douglas N. Frazier, United States Magistrate Judge
               239/461-2007
               U.S. Courthouse
               2110 First Street
               Fort Myers, Florida 33901

SUBJECT:       Rule 5(c)(2) or Rule 40 Proceedings

    The above-styled case originated in your district. Enclosed please find certified copies regarding proceedings held in the Middle District of Florida in Fort Myers, Florida wherein the following action was taken:

INITIAL APPEARANCE:    FEBRUARY 10, 2006

RELEASE/DETENTION:     The Defendant was ordered removed to the charging district. The defendant is detained but requests a full detention hearing in the charging district.

SCHEDULED HEARING:     Upon notice by the charging district.

CHARGING DOCUMENT:     Indictment

Enclosures
Copies: U.S. Marshal

CLOSED

# U.S. District Court
## Middle District of Florida (Ft. Myers)
## CRIMINAL DOCKET FOR CASE #: 2:06-mj-01024-DNF-ALL
### Internal Use Only

Case title: USA v. Thomas            Date Filed: 02/10/2006

Assigned to: Magistrate Judge Douglas N. Frazier

**Defendant**

**Gilbert Hugh Thomas** (1)
*TERMINATED: 02/15/2006*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 21:846=ND.F | |

**Plaintiff**

USA                          represented by **Jesus M. Casas**

*TERMINATED: 02/15/2006*

U.S. Attorney's Office
U.S. Courthouse
2110 First St., Room 3-137
Ft. Myers, FL 33901
239/461-2200
Email: Jesus.M.Casas@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/10/2006 | 1 | Arrest - Rule 5(c)(2) of Gilbert Hugh Thomas from District of Columbia on charges of Conspiracy to district with intent to distribute cocaine (BJH, ) (Entered: 02/10/2006) |
| 02/10/2006 | 2 | ***CJA 23 financial affidavit by Gilbert Hugh Thomas (BJH, ) (Entered: 02/10/2006) |
| 02/10/2006 | 3 | Initial appearance on Rule 5(c)2 as to Gilbert Hugh Thomas. Court will appoint the Federal Public Defender based on the financial affidavit. Court explained rights to the defendant. Government does not have a copy of the indictment from District of Columbia for this hearing, only warrant. Government requests detention. The defendant wishes to have a hearing on Monday before deciding to waive any rights at this time. A continuation of this hearing will be held on February 13, 2006 at 10:00 a.m. before Judge Frazier. (BJH, ) (Entered: 02/10/2006) |
| 02/10/2006 | 4 | NOTICE OF HEARING as to Gilbert Hugh Thomas Continuation of initial Hearing on Rule 5c set for 2/13/2006 10:00 AM in Courtroom C before Magistrate Judge Douglas N. Frazier. (BJH, ) (Entered: 02/10/2006) |
| 02/10/2006 | 5 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Gilbert Hugh Thomas. Signed by Judge Douglas N. Frazier on 2/10/2006. (BJH, ) (Entered: 02/10/2006) |
| 02/13/2006 | 6 | Minute Entry for proceedings held before Judge Douglas N. Frazier :Continuation of Initial Appearance in Rule 5(c)(3) Proceedings as to Gilbert Hugh Thomas held on 2/13/2006. Defendant waived identity. Government summarized charges and penalties. Government requests detention. Defendant wishes to have detention hearing in this District. Court will set detention hearing for February 15, 2006 at 10:00 a.m. before |

| | | |
|---|---|---|
| | | Judge Chappell. Court Reporter: R. Joy Stancel (BJH, ) (Entered: 02/13/2006) |
| 02/13/2006 | 7 | NOTICE OF HEARING as to Gilbert Hugh Thomas Detention Hearing on Rule 5c set for 2/15/2006 10:00 AM in Courtroom B before Magistrate Judge Sheri Polster Chappell. (BJH, ) (Entered: 02/13/2006) |
| 02/15/2006 | 8 | Minute Entry for proceedings held before Judge Sheri Polster Chappell :Detention Hearing as to Gilbert Hugh Thomas held on 2/15/2006. Defendant waived hearing in the arresting district with the right to a full detention hearing in the charging district. Defendant waived identity. Defendant ordered detained and removed to the charging district. Defendant remanded. Court Reporter: R. Joy Stancel (LAG, ) (Entered: 02/15/2006) |
| 02/15/2006 | 9 | ORDER OF DETENTION as to Gilbert Hugh Thomas. Signed by Judge Sheri Polster Chappell on 2/15/2006. (LAG, ) (Entered: 02/15/2006) |
| 02/15/2006 | 10 | COMMITMENT to another district as to Gilbert Hugh Thomas. Defendant committed to District of Columbia. Signed by Judge Sheri Polster Chappell on 2/15/2006. (LAG, ) (Entered: 02/15/2006) |
| 02/15/2006 | 11 | TRANSFER Rule(5)(c) to District of Columbia as to Gilbert Hugh Thomas. (LAG, ) (Entered: 02/15/2006) |
| 02/15/2006 | | ***Set closed flag as to Gilbert Hugh Thomas (LAG, ) (Entered: 02/15/2006) |

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

UNITED STATES OF AMERICA

-vs-                                                                Case No. 2:06-m-1024DNF

GILBERT HUGH THOMAS

---

## ORDER APPOINTING COUNSEL PURSUANT TO THE CRIMINAL JUSTICE ACT

This Court has determined that the above-named defendant is financially unable to obtain adequate representation in the above-styled case, and is otherwise qualified for appointment of counsel. Accordingly, the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

### APPOINTMENT OF COUNSEL

- The Federal Public Defender is appointed as counsel for the Defendant.

### TYPE OF APPOINTMENT

- Rule 5(c)(2)(A) or Rule 40 Proceedings in this District

**DONE** and **ORDERED** in Fort Myers, Florida this 10th day of February, 2006.

Copies: All Parties of Record

DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

UNITED STATES OF AMERICA

-vs-                                                                    Case No. 2:06-m-1024DNF

GILBERT HUGH THOMAS

---

## ORDER OF DETENTION PENDING TRIAL
## FINDINGS

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. The Court considered the Pretrial Services Report, the proffers and arguments of counsel, the nature and circumstances of the offense and the weight of evidence against the Defendant. The following facts and circumstances require the Defendant to be detained pending trial.

The Defendant makes no application for release at this time. The Defendant requests that he have a full detention hearing in the charging district.

Therefore it is

**ORDERED** that the Defendant is detained without prejudice pending trial.

**DONE** and **ORDERED** this __15th__ day of February, 2006.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

## DIRECTIONS REGARDING DETENTION

**GILBERT HUGH THOMAS** is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. **GILBERT HUGH THOMAS** shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States marshal for the purpose of an appearance in connection with a Court proceeding.

Copies: U.S. Marshal

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

UNITED STATES OF AMERICA

V.   CASE NUMBER: 2:06-MJ-1024-DNF

GILBERT HUGH THOMAS

## COMMITMENT TO ANOTHER DISTRICT

The Defendant is charged with violation of Title 21 U.S.C. § 846.

Brief description of charges:   Conspiracy to distribute with intent to distribute Cocaine

The Defendant waived a detention hearing in the arresting district with the right to a full detention hearing in the charging district.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named Defendant and to transport that Defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the Defendant to the United States Marshal for that district or to some other officer authorized to receive the Defendant, all proceedings required by Fed. R. Crim. P.5 (c) or 40 having been completed.

Date:  February , 2006

### RETURN

This commitment was received and executed as follows:

| Date Commitment Order Received | Place of Commitment | Date Defendant Committed |
|---|---|---|
|  |  |  |

| Date | United States Marshal | (By) Deputy Marshal |
|---|---|---|
|  |  |  |