# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 06-029-02 | MAGIS. NO: |
| V.<br>ANTHONY STEWART | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>Gilbert Hugh Thomas | FILED<br>FEB 28 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| DOB: PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: INDICTMENT | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF COCAINE BASE AND 500 GRAMS OR MORE OF COCAINE;
UNLAWFUL DISTRIBUTION OF 50 GRAMS OR MORE OF COCAINE BASE;
UNLAWFUL DISTRIBUTION OF 5 GRAMS OR MORE OF COCAINE BASE;
UNLAWFUL DISTRIBUTION OF COCAINE;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE 500 GRAMS OR MORE OF COCAINE;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE 5 GRAMS OR MORE OF COCAINE BASE;
AIDING AND ABETTING;
CRIMINAL FORFEITURE

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:
21:846; 21:841(a)(1) and 841(b)(1)(A)(iii); 21:841(a)(1) and 841(b)(1)(B)(iii); 21:841(a)(1) and 841(b)(1)(C); 21:841(a)(1) and 841(b)(1)(B)(ii); 21:841(a)(1) and 841(b)(1)(B)(iii);

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>MAGISTRATE JUDGE KAY | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE ALAN KAY | DATE ISSUED:<br>2/2/06 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: [signature] | DATE:<br>2/2/06 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 2/28/06 | Dusn Buddy Burke | [signature] |
| HIDTA CASE: Yes  No X | | OCDETF CASE: Yes  No X |