UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA            CRIMINAL NO.  06-029

v.                                  NOTICE OF APPEARANCE

GILBERT HUGH THOMAS,

    Defendant

Please take notice that the undersigned attorney appears in the above entitled action for defendant Gilbert H. Thomas.

Dated:  March 3, 2006.

                                             /S/
                                       Quentin D. Driskell
                                       Attorney for Defendant