# UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> vs. <br><br> STEWART, ET AL <br> Re:  GILBERT THOMAS, <br>                      Defendant | CR Nº: 1:06-cr-00029-PLF-2 |

## ENTRY OF APPEARANCE

**WILL THE CLERK** of the Court please enter the appearance of undersigned counsel, Jensen E. Barber II, as retained counsel on behalf of the Defendant, Gilbert Thomas.

                                                      _____
                                                      JENSEN E. BARBER II
                                                      LAW OFFICES OF J. E. BARBER, P.C.
                                                      Unified Bar No. 376325
                                                      400 7th Street, NW
                                                      Suite 400
                                                      Washington, D.C. 20004-2242
                                                      (202) 737-8511
                                                      jebarberpc@aol.com

                                                      DATED: March 24, 2006

Law offices of Jensen E. Barber, P.C.   400 7th Street, N.W.   Suite 400
Washington, D.C. 20004-2242   Tel: 202-737-8511   Fax: 202-628-0249
e-mail: jebarberpc@aol.com   www.jebarbercriminallaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Entry of Appearance was served by electronic filing (ECM), on the Office of the U.S. Attorney, attention Emory v. Cole, Esquire, 555 4th Street, NW, Washington, DC 20530 this March 24, 2006.

_____
JENSEN E. BARBER, II

LAW OFFICES OF JENSEN E. BARBER, P.C.   400 7TH STREET, N.W.   SUITE 400
WASHINGTON, D.C. 20004-2242   TEL: 202-737-8511   FAX: 202-628-0249
E-MAIL: JEBARBERPC@AOL.COM   www.jebarbercriminallaw.com