UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA                    CRIMINAL NO.  06-cr-029-PLF


                    v.                      Motion To Withdraw as Counsel


GILBERT HUGH THOMAS,

            Defendant

        Comes Now, Quentin D. Driskell, and moves this court for an order granting permission for him to withdraw as attorney Gilbert H. Thomas, defendant in the above-entitled cause.
        This motion is based on the ground that defense counsel believes that there has been a substantial breakdown in the attorney-client relationship.

Dated April 5, 2006


                                    _____
                                        Quentin D. Driskell

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA                    CRIMINAL NO.  06-cr-029 PLF-2

                    v.                      Order

GILBERT HUGH THOMAS,

            Defendant


        This matter came to the attention of the Court upon the application of attorney

Quentin D. Driskell , to withdraw as counsel for Gilbert H. Thomas in the above matter.

This court, having reviewed the moving papers and argument of counsel, it appears to

the court that there is good cause for granting the motion.

        It is therefore ordered this _____ day of April, 2006 that Quentin D. Driskell be

allowed to withdraw as counsel in the above matter.


                                            _____