### UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>GILBERT H. THOMAS et al,<br>                Defendant | 1:06-cr-00029-PLF-2 |

UNOPPOSED MOTION TO PROCEED TO SENTENCING

**COMES Now Defendant Gilbert H. Thomas,** by and through undersigned counsel, Jensen E. Barber II, and with the consent of all parties to this matter, to continue the status currently scheduled on July 10, 2006 at 9:30 AM until July 19, 2006 at 1:45 PM.

In support of this motion, the defendant would state the following:

1. The defendant is not prepared to go forward and requires additional time to determine the appropriate resolution of this matter. The defendant is mindful of the burdens placed upon the Court's time and wishes to conserve judicial resources, by not using time which is not useful in addressing the case and issues involved.

2. The discovery materials, most of which are in audio form, require additional review time.

Based upon this state of affairs and counsel's inability to proceed without some additional information and review, we seek a continuance.

**WHEREFORE** based upon the foregoing, the defendant and all parties agree to reschedule the status until July 19, 2006 at 1:45 PM and therefore seek the Court's concurrence with this continuance.

        Respectfully submitted,

        _____
        JENSEN E. BARBER II
        LAW OFFICES OF J. E. BARBER, P.C.
        Unified Bar No. 376325
        400 7th Street, NW
        Suite 400
        Washington, D.C. 20004-2242
        (202) 737-8511

DATED: July 7, 2006

### CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a true and correct copy of the foregoing has been served by ECM through the Court's PACER system upon the below listed parties on July 7, 2006.

        _____
        JENSEN E. BARBER II

| | |
|---|---|
| Emory V. Cole, Esquire | Richard Alan Samad, Esquire |
| Assistant United States Attorney | 503 D Street |
| Office of the United States Attorney | Suite 200 |
| 555 4th Street, NW | Washington, DC 20001 |
| Washington, DC 20530 | (202) 316-0072 |
| (202) 616-3388 | richardsamad@yahoo.com |
| (202) 353-9414 (fax) | Counsel for Anthony Stewart |
| Emory.Cole@usdoj.gov | |

Law offices of Jensen E. Barber, P.C.   400 7ᵀᴴ Street, N.W.   Suite 400
Washington, D.C. 20004-2242   Tel: 202-737-8511   Fax: 202-628-0249
e-mail: jebarberpc@aol.com