UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>GILBERT H. THOMAS, et al<br>　　　　　　　Defendant | CR Nº:1:06-cr-00029-PLF-2 |

# ORDER

This matter having come before the Court upon the request of the defendant, Gilbert H Thomas and with the agreement of the government and co-defendant's counsel to continue the status hearing, currently scheduled on July 10, 2006 at 9:30 AM until July 19, 2006 at 1:45 PM..

.    Upon consideration of said motion, the position of the Government, and the entire Record herein, it appearing to the Court that good cause exists for granting this motion, it is,

**ORDERED**, that said motion be and the same hereby is **GRANTED and it is**

**FURTHER ORDERED that Defendants shall appear before the Court on July 19, 2006 at 1:45 PM.**

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　PAUL L. FRIEDMAN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc:

Emory V. Cole, Esquire
Assistant United States Attorney
Office of the United States Attorney

555 4th Street, NW
Washington, DC 20530

Jensen E. Barber II, Esquire
LAW OFFICES OF J. E. BARBER, P.C.
400 7th Street, NW
Suite 400
Washington, D.C. 20004-2242
jebarberpc@aol.com
Counsel for Gilbert H. Thomas

Richard Alan Samad, Esquire
503 D Street
Suite 200
Washington, DC 20001
(202) 316-0072
richardsamad@yahoo.com
Counsel for Anthony Stewart