UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>STEWART, ET AL<br>Re:  GILBERT THOMAS,<br>　　　　　　　Defendant | CR Nº: 1:06-cr-00029-PLF-2 |

CONSENT MOTION TO CONTINUE STATUS

　　　COMES NOW Gilbert Thomas, by and through undersigned counsel and with the consent of the Government to seek a continuance of the status hearing currently scheduled on Friday, August 18, 2006 at 9:15 AM to a date convenient with the Court and at the request of the Government after Labor Day.

　　　In support of this motion, defendant would state:

1.　　The parties were scheduled to complete negotiations on August 3, 2006;

2.　　Mr. Cole, AUSA, was in trial with Judge Sullivan and therefore, unavailable;

3.　　Mr. Barber left August 4, 2006 to attend the Death Penalty College in Santa Clara, CA., and returned to work on August 14, 2006.

4.　　Mr. Cole remains in trial.

5.　　Therefore, the parties have each been unavailable to meet and discuss disposition and will remain so until sometime after the August 18, 2006, status date.

　　　**WHEREFORE**, based upon the foregoing, the parties request a continuance of the August 18 status until an available date at the Court's convenience, after September 4, 2006.  An ORDER

has been provided for the Court's use in addressing this request.

                                        Respectfully submitted,

                                        _____
                                        JENSEN E. BARBER II
                                        LAW OFFICES OF J. E. BARBER, P.C.
                                        Unified Bar No. 376325
                                        400 7th Street, NW
                                        Suite 400
                                        Washington, D.C. 20004-2242
                                        (202) 737-8511
                                        jebarberpc@aol.com

                                        DATED: August 15, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing consent motion to continue status was served by electronic filing (ECM), on the Office of the U.S. Attorney, attention Emory v. Cole, Esquire, 555 4th Street, NW, Washington, DC 20530 this August 15, 2006.

                                        _____
                                        JENSEN E. BARBER, II

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>STEWART, ET AL<br>Re: **GILBERT THOMAS**,<br>   Defendant | CR Nº: 1:06-cr-00029-PLF-2 |

# ORDER

This matter having come before the Court upon the request of the defendant, Gilbert Thomas and with the consent of the Government to continue the August 18, 2006, status hearing until a date certain after September 4, 2006.

Upon consideration of said motion, the consent of the Government, and the entire Record herein, it appearing to the Court that good cause exists for granting this motion, it is,

**ORDERED**, that said motion be and the same hereby is **GRANTED and it is**

**FURTHER ORDERED that the Government and the Defendant shall consult with each other and the Court's deputy not later than August 18, 2006, to select a continued status date after September 4, 2006.**

**SO ORDERED**.

_____
PAUL L. FRIEDMAN
United States District Judge